IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA UEBERROTH and <br> UB MANAGEMENT <br>     Plaintiffs, <br> <br> v. <br> <br> GOLDNER, PAPANDON, CHILDS & <br> DELUCCIA, LLC, et al. <br>     Defendants, | : <br> : <br> :   CIVIL ACTION NO. 11-3119 <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER

AND NOW, this 12th day of March 2012, upon review of Defendant Chakejian's Motion to Dismiss Counts III and IV of Plaintiffs' Complaint [Doc. No. 7], Plaintiffs' response in opposition [Doc. No. 23], and Chakejian's reply [Doc. No. 27], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that Chakejian's Motion is **GRANTED** and the claims against Chakejian are **DISMISSED** without prejudice.[1]

Upon review of the Motion to Dismiss Counts III and IV filed by Defendants Michael J. Goldner, GPCD Partners, LLC, and J & M Real Estate Holdings, LLC [Doc. No. 18] and Plaintiffs' response in opposition [Doc. No. 21], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
CYNTHIA M. RUFE, J.

---

[1] Plaintiffs may file an amended complaint within 14 days from the date of this Order.